IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: September 24, 1999

JACINTO SANTIAGO NEGRON

    Plaintiff

vs.                          CIVIL NO. 96-2247 (SEC)

VETERANS ADMINISTRATION

    Defendant

*******************************

By Order of the Court, **Jury Trial setting for September 28, 1999 is set aside.**

Kim Flores
Courtroom Deputy Clerk

Sevillano - VA
s/c José A. Franco
    José Santos Mimoso
    Jury Administrator
    Notified by phone