IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: November 2, 1999

```
JACINTO SANTIAGO NEGRON           *
                                  *
     Plaintiff                    *
                                  *
vs.                               *     CIVIL NO. 96-2247 (SEC)
                                  *
VETERANS ADMINISTRATION           *
                                  *
     Defendant                    *
                                  *
********************************
```

By Order of the Court, **Jury Trial in this case is hereby set for December 6, 1999 at 9:00 a.m. This proceeding will be held before Honorable Salvador E. Casellas.**

Kim Flores
Courtroom Deputy Clerk

s/c José A. Franco
    AUSA José Santos Mimoso
    Jury Administrator


