IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

*Jacinto Santiago-Negrón*
Plaintiff(s)

Civil No. 96-2247 (SEC)

v.

*Veterans Administration*
Defendant(s)

RECEIVED & FILED
99 NOV 24 PM 2: 4
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

## DESCRIPTION OF MOTION

DATE FILED: 11/18/99   DOCKET #: 48   TITLE: Motion Informing of Criminal Trial Scheduling

[X] Plaintiff(s)   [ ] Third Party Defendant(s)

[ ] Defendant(s)

DISPOSITION:

[ ] GRANTED         [ ] DENIED

[X] NOTED           [ ] MOOT

## COMMENTS

23 NOV 99
DATE

SALVADOR E. CASELLAS
United States District Judge

3

(49)