IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**

Date: December 1, 1999

JACINTO SANTIAGO NEGRON   *
                          *
     Plaintiff            *
                          *
vs.                       *   CIVIL NO. 96-2247 (SEC)
                          *
VETERANS ADMINISTRATION   *
                          *
     Defendant            *
                          *
*******************************

By Order of the Court, **Jury Trial setting set for December 6, 1999 is set aside.**

Kim Flores
Courtroom Deputy Clerk


s/c José A. Franco
    AUSA José Santos Mimoso
    Jury Administrator

