IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JACINTO SANTIAGO-NEGRON <br><br> Plaintiff <br><br> v. <br><br> DEPARTMENT OF VETERANS AFFAIRS <br><br> Defendant | Civil No. 96-2247(SEC) |

### JUDGEMENT

The parties in this case have filed a "Stipulation for Compromise Settlement" **(Docket #52)**. The Court finds it in compliance with Fed. R. Civ. P. 41(1)(ii) and therefore, the above-referenced action is hereby **DISMISSED WITH PREJUDICE**. Judgement is entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this _5TH_ day of January, 2000.

SALVADOR E. CASELLAS
United States District Judge